**C. Cardillo, P.C.**
9728 3rd Avenue, Suite 308
Brooklyn, NY 11209
T. 646-398-5025
C. 347-309-0000
Email: cardilloesq@gmail.com

May 31, 2021

*Delivery via ECF*

**Hon. Robert M. Levy**
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11021

        Re:    Bryant A. Delaremore v. Zimmer, Inc., et al.
                  Case No. 1:17-cv-00918
                  Status on Client Contact
                  Request for Permission to Make Motion to Withdraw

Dear Judge Levy:

      I am the attorney for the Plaintiff Bryant Delaremore. As per your instructions at our last conference I have diligently attempted to reach my client to no avail. In my efforts I took the following steps:

1. I called the client several times on the last known number I have for him, 718-926-1254. The phone does not ring and goes straight to voicemail. I left a final message on May 31, 2021;
2. On Monday, May 24, 2021, I emailed Robin Selby, a dear friend of Mr. Delaremore who I have communicated with in the past but received no reply (see email attached hereto as **Exhibit "A"**);
3. On Monday, May 24, 2021, I emailed Charlene Scott, a person Bryant introduced me to as his sister and who I have communicated with in the past (although Mr. Delamore had since told me they were estranged) but received no reply (see email attached hereto as **Exhibit "B"**); and,
4. On Monday, May 24, 2021, I emailed his orthopedic surgeon's office explaining the situation and requesting contact information but received no reply (see email attached hereto as **Exhibit "C"**).

      In a final effort to protect my client's rights I would request that the Court reach out to him via his mobile number provided above.

1 of 2

  At this point, regardless of whether Mr. Delaremore reappears, I respectfully request permission from the Court to withdraw from, and place a charging lien solely for my expenses on, his case.

Very truly yours,<br>
/s/ Chris Cardillo, Esq.<br>
Chris Cardillo, Esq.

**Enclosure**.

**cc**.

Quarles & Brady LLP
*Attention:  Keely Morton, Partner*
1395 Panther Lane, Suite 300
Naples, FL 34109
*Delivery via Email:*
keely.morton@quarles.com

    Chris Cardillo <cardilloesq@gmail.com>

**Bryant Delaremore**

**Chris Cardillo** <cardilloesq@gmail.com>    Sun, May 23, 2021 at 10:09 PM
To: Selby Robin <selbyrobin@yahoo.com>
Cc: Chris Cardillo <cardilloesq@gmail.com>

Robin,

Do you know how to contact Bryant - I have not been able to reach him.

Chris

--
C. Cardillo, P.C.
9728 3rd Avenue, Suite 308
Brooklyn, NY 11209
T. 646-398-5025

# EXHIBIT "A"



**Chris Cardillo** <cardilloesq@gmail.com>

---

## Bryant Delaremore

**Chris Cardillo** <cardilloesq@gmail.com>  Sun, May 23, 2021 at 10:13 PM
To: Charlene Scott <jlslaw@yahoo.com>
Cc: Chris Cardillo <cardilloesq@gmail.com>

Hi,

I am Bryant's attorney. I haven't been able to reach him. As such, I was hoping you might have a contact for him or heard from him in the last month.

Sincerely,
Chris Cardillo, Esq.

--
C. Cardillo, P.C.
9728 3rd Avenue, Suite 308
Brooklyn, NY 11209
T. 646-398-5025

# EXHIBIT "B"

 Gmail　　　　　　　　　　　　　　　　Chris Cardillo <cardilloesq@gmail.com>

## Bryant Delaremore

**Chris Cardillo** <cardilloesq@gmail.com>　　　　　　　Sun, May 23, 2021 at 10:18 PM
To: rhondamont@aol.com
Cc: Chris Cardillo <cardilloesq@gmail.com>

Doctor,

The Court has instructed me to contact Mr. Delaremore's doctors in an attempt to locate him (I have not been able to contact him for at least a month). If you have seen him since he missed his surgery and/or if you have any contact information please provide at your earliest convenience.

Thank you,
Chris

[Quoted text hidden]

# EXHIBIT "C"