IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRYANT A. DELAREMORE,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ZIMMER INC., et al.,<br><br>　　　　　　　　Defendants. | Civil Action No. 1:17-CV-918 (BMC)(RML)<br><br>**NOTICE OF RENEWED MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

TO:　　Christopher Scott Cardillo, Esq.
　　　　C. Cardillo, P.C.
　　　　217 Broadway, Suite 505
　　　　New York, NY 10007
　　　　Tel: 646-398-5025
　　　　Fax: 646-365-8833
　　　　Email: cardilloesq@gmail.com
　　　　*Attorneys for Plaintiff*

　　　PLEASE TAKE NOTICE that Defendants Zimmer, Inc., Zimmer US, Inc., and Zimmer Biomet Holdings, Inc. (collectively "Zimmer Biomet" or "Defendants"), by and through their attorneys, shall move before the Honorable Brian M. Cogan, United States District Judge, in the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201 on a date to be determined by the Court, for an Order granting Defendants' Renewed Motion to Dismiss First Amended Complaint.

　　　PLEASE TAKE FURTHER NOTICE that Defendants shall rely on the attached Memorandum in Support of its Renewed Motion to Dismiss First Amended Complaint.

Dated:  June 1, 2021

                          QUARLES & BRADY LLP

                By: */s/Keely F. Morton*
                    Keely F. Morton
                    Florida Bar No. 100395
                    1395 Panther Lane, Suite 300
                    Naples, Florida 34109
                    239.659.5045 Telephone
                    239.213.5445 Facsimile
                    keely.morton@quarles.com
                    eleina.arce@quarles.com

                    Edward J. Fanning, Jr., Esq.
                    McCARTER & ENGLISH, LLP
                    Four Gateway Center
                    100 Mulberry Street
                    Newark, New Jersey
                    973.639.7927 Telephone
                    efanning@mccarter.com

                    *Attorneys for Defendants Zimmer Inc., Zimmer U.S. Inc. and Zimmer Biomet Holdings*